FILED
JAN 0 4 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LUIS PAREDES-HERNANDEZ,<br>　　　　　　　Defendants. | CASE NO. 11CR5055-GT<br><br>**ORDER** |

　　　Good cause appearing therefore:

　　　IT IS HEREBY ORDERED that Defendant LUIS PAREDES-HERNANDEZ's sentencing hearing currently scheduled for February 7, 2012 at 9:30 a.m. be continued to March 14, 2012 at 9:30 a.m..

　　　IT IS SO ORDERED.

Date: 1-4-12

_____
HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE